Turner C. Freeny, Appellant, v. Effie Freeny, Appellee.

Gen. No. 43,897.

opinion
filed February 20, 1947; released for publication March 28, 1947.
John D. Vosnos, for appellant; Prescott, Burroughs & Taylor, for appellee; Euclid Louis Taylor, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.